

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2019

No. 04-19-00152-CV

George L. **HACHAR** Jr.,
Appellant

v.

Heydar **KHALEDI**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVF-000089-D2
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Sitting:   Rebeca C. Martinez, Justice
Irene Rios, Justice
Lisa A. Rodriguez, Justice

On June 10, 2019, this court notified counsel for the parties that we had set the above cause for formal submission and oral argument on July 24, 2019, at 10:00 AM, before a panel consisting of Justice Martinez, Justice Rios, and Justice Rodriguez. On July 22, counsel for the parties jointly notified the Clerk of the Court by telephone that the parties had settled their dispute and did not wish to proceed with oral argument. That same day, appellant filed an unopposed motion to dismiss the appeal. In light of the foregoing, we hereby withdraw the June 10 notice and ORDER that the cause is advanced for ON BRIEFS submission on July 24, 2019, to a panel consisting of Justice Martinez, Justice Rios, and Justice Rodriguez.

It is so **ORDERED** on this 23rd day of July, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court